UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61949-CIV-SINGHAL/VALLE

FRANCINE DAMATO,

     Plaintiff,

vs.

KILOLO KIJAKAZI,[1]
Acting Commissioner of
Social Security Administration,

     Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court upon the Plaintiff's Motion for Summary

Judgment (DE [20]) and Defendant's Motion for Summary Judgment (DE [23]) (together,

"the motions"), which were referred to Magistrate Judge Alicia O. Valle for Report and

Recommendation.  The magistrate judge issued a Report and Recommendation (DE [26])

on February 14, 2022, recommending that Plaintiff's Motion for Summary Judgment (DE

[20]) be denied and Defendant's Motion for Summary Judgment (DE [23]) be granted.

The Court has reviewed the entire file and record and has made a *de novo* review of the

issues.  No objections to the magistrate judge's Report and Recommendation have been

filed.  Failure to timely object waives the right to challenge on appeal this Court's order

based on unobjected-to factual and legal conclusions contained in the Report and

---

[1] Kilolo Kijakazi has been appointed as Acting Commissioner of the Social Security Administration. Pursuant to Fed. R. Civ. P. 25(d), Kilolo Kijakazi is substituted for Andrew Saul as Defendant in this case.

Recommendation. 11th Cir. R. 3-1 (2021); see Thomas v. Arn, 474 U.S. 140 (1985).  The Court has carefully considered Judge Valle's thoughtful analysis; it is hereby

**ORDERED AND ADJUDGED** that the magistrate judge's Report and Recommendation (DE [26]) is **AFFIRMED** and **ADOPTED.**  Plaintiff's Motion for Summary Judgment (DE [20]) is **DENIED**.  Defendant's Motion for Summary Judgment (DE [23]) is **GRANTED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of March 2022.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF